THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LINWOOD WASHINGTON, Appellant.

(Argued April 26, 1933; decided May 23, 1933.)

*Joseph Lonardo, Alexander DelGiorno* and *Jacob Friedland* for appellant.

*Charles S. Golden, District Attorney (Mordecai Konowitz* of counsel), for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.